UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-06957
)
Kevin P. LaRoe ) Chapter: 13
)
) Honorable David D. Cleary
)
Debtor(s) )
) Adv. No.:
)
)
Plaintiff(s) )
)
)
)
Defendant(s) )

**ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY FOR DEBTOR**

THIS MATTER coming to be heard on the Motion of the Debtor's Counsel for leave to withdraw as attorney of record, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) Debtor's Counsel is granted leave to withdraw from this case.

Enter: *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: August 18, 2021

**Prepared by:**

Alexander Preber, A.R.D.C. #6324520
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100